**Writ of Mandamus is DENIED; Opinion Filed October 18, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01406-CV

### IN RE ARPIN AMERICA MOVING SYSTEMS, LLC, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06104-A**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Relator contends the trial judge erred by overruling its objections to a notice of deposition. The facts and issues are well known to the parties, so we need not recount them herein. We conclude relator's petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.–Dallas 2008, orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/David Evans/
DAVID EVANS
JUSTICE

131406F.P05